FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, et al. Appellants, v. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY et al.

No. 14998.

United States Court of Appeals Eighth Circuit.

March 22, 1954.

Everett C. Pilcher, Robert W. Haney and Keith Howard, Omaha, Neb., for appellants.

R. D. Neely and H. B. Otis, Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court, D.C., 116 F.Supp. 289, dismissed, on stipulation of parties.

Phillips KINDY, et al., Petitioners,

v.

Robert C. BELL, United States District Judge for the District of Minnesota.

No. 15020.

United States Court of Appeals Eighth Circuit.

March 30, 1954.

Lewis L. Anderson, St. Louis, Mo., for petitioners.

PER CURIAM.

Petition for Writ of Mandamus dismissed, on motion of petitioners.